No. 84–435.   RUSSELL *v.* UNITED STATES.   C. A. 7th Cir. [Certiorari granted, 469 U. S. 1206.]   Motion of the Solicitor General to permit Christopher J. Wright, Esquire, to present oral argument *pro hac vice* granted.

No. 84–518.   JOHNSON ET AL. *v.* MAYOR AND CITY COUNCIL OF BALTIMORE ET AL.; and
No. 84–710.   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* MAYOR AND CITY COUNCIL OF BALTIMORE ET AL.   C. A. 4th Cir.   [Certiorari granted, 469 U. S. 1156.]   Motion of the Solicitor General for divided argument granted.

No. 84–786.   MAINE *v.* MOULTON.   Sup. Jud. Ct. Me.   [Certiorari granted, 469 U. S. 1206.]   Motion for appointment of counsel granted, and it is ordered that Anthony Whitcomb Beardsley, Esquire, of Ellsworth, Me., be appointed to serve as counsel for respondent in this case.

No. 84–801.   MIDLANTIC NATIONAL BANK *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and
No. 84–805.   O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR *v.* CITY OF NEW YORK ET AL; and O'NEILL, TRUSTEE IN BANKRUPTCY OF QUANTA RESOURCES CORP., DEBTOR *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION.   C. A. 3d Cir.   [Certiorari granted, 469 U. S. 1207.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 84–822.   AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. *v.* HAROCO, INC., ET AL.   C. A. 7th Cir. [Certiorari granted, 469 U. S. 1157.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 84–5636.   ALCORN *v.* SMITH, WARDEN.   C. A. 6th Cir. [Certiorari granted, *ante,* p. 1003.]   Motion for appointment of counsel granted, and it is ordered that Mary Gail Robinson, of Frankfort, Ky., be appointed to serve as counsel for petitioner in this case.

No. 84–6315.   IN RE MCDONALD.   Petition for writ of habeas corpus denied.